**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARTINEZ AYTCH,<br><br>      Plaintiff,<br><br>v.<br><br>BRIAN WILLIAMS, SR. et al.,<br><br>      Defendants. | 2:14-cv-00030-MMD-GWF<br><br>**ORDER**<br><br>Motion to Extend Prison Copywork Limit - #18 |

This matter is before the court on Plaintiff's Motion to Extend Prison Copywork Limit (#18), filed on September 24, 2014. Defendants filed a Limited Opposition to Plaintiff's Motion to Extend Prison Copywork Limit (#20) on October 8, 2014.

Plaintiff requests that the court extend his limit on copywork for the purpose of pursuing his habeus corpus proceedings. He is attempting to proceed *In Forma Pauperis* for this case, and claims he is indigent. Plaintiff argues that he requires an extension of his copywork limit in order to serve copies of pleadings, motions, and other documents upon the Defendants, as well as to make copies for himself. Defendants oppose an unlimited extension, but do not oppose a reasonable extension of the limit. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Prison Copywork (#18) is **granted**. Plaintiff shall have the copywork limit extended by $10.00.

DATED this 9th day of October, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge