# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARTINEZ AYTCH, | |
| Plaintiff, | 2:14-cv-00030-MMD-GWF |
| v. | **ORDER** |
| BRIAN WILLIAMS, SR. et al., | Motion to Obtain Scheduling Order - #23 |
| Defendants. | |

This matter is before the Court on Plaintiff Martinez Aytch's Motion to Obtain Parties Discovery/Scheduling Order Pursuant to LR 16-1(a)(d) (#23), filed on October 17, 2014.

This Court entered a Scheduling Order on October 20, 2014. Therefore, Plaintiff's request for a conference to set a scheduling order is moot. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Obtain Parties Discovery/ Scheduling Order Pursuant to LR 16-1(a)(d) is **denied**.

DATED this 20th day of October, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge