# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARTINEZ AYTCH, | ) |
| Plaintiff, | ) 2:14-cv-00030-MMD-GWF |
| v. | ) **ORDER** |
| BRIAN WILLIAMS, SR. et al., | ) |
| Defendants. | ) |

This matter is before the Court on Defendants' Motion to Stay the Dispositive Motion Deadline (#32) filed February 13, 2015.  Upon review and consideration,

**IT IS HEREBY ORDERED** that Defendants' Motion to Stay the Dispositive Motion Deadline (#32) is **granted**.

DATED this 20th day of February, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge