1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARTINEZ AYTCH, | ) | |
| Plaintiff, | ) | 2:14-cv-00030-MMD-GWF |
| v. | ) | **ORDER** |
| BRIAN WILLIAMS, SR. et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on Plaintiff's Motion to Extend Prison Copywork Limit (#34), filed on February 23, 2015.  The Defendants' Opposition to Plaintiff's Motion (#37) was filed on March 12, 2015.

The Plaintiff requests an extension $50.00 to his copywork limit "for documents relevant to the instant case."  The Plaintiff does not, however, inform the Court of what these documents are or why the are reasonably necessary for the Plaintiff to litigate this case.  The Court will not grant an extension without more information.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Prison Copywork Limit (#34) is **denied** without prejudice.

**DATED** this 13th day of March, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge