# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARTINEZ AYTCH, | ) |
| Plaintiff, | ) 2:14-cv-00030-MMD-GWF |
| v. | ) **ORDER** |
| BRIAN WILLIAMS, SR. et al., | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Motion to Extend Prison Copywork Limit (#50), filed on May 18, 2015.

Plaintiff represents that he requires an extended copywork limit in order to properly litigate his ongoing legal matters. He represents that he must file a Response to Defendants' forthcoming Motion for Summary Judgment, and requires additional credit on his copywork account to properly prepare for the response. The Court finds that the Plaintiff has sufficiently established good cause for the granting of the extension. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Prison Copywork Limit (#50) is **granted**. Plaintiff shall have his copywork limit extended by $50.00.

**DATED** this 21st day of May, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge