**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARTINEZ AYTCH,

    Plaintiff,

v.

BRIAN WILLIAMS, SR. et al.,

    Defendants.

2:14-cv-00030-MMD-GWF

**ORDER**

This matter is before the Court on Plaintiff's Emergency Motion for Enlargement of Time (#58), filed on August 5, 2015.

Plaintiff requests an additional 30 days to conduct discovery regarding Defendant Johnny Youngblood. Plaintiff has been conducting discovery, but will be unable to complete it before the August 7th deadline. Plaintiff has sufficiently established good cause for granting the extension. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Emergency Motion for Enlargement of Time (#58) is **granted**. Plaintiff shall have until **September 7, 2015**, to conduct discovery as to Defendant Johnny Youngblood only. The deadline for filing dispositive motions is extended to **October 7, 2015**.

**DATED** this 7th day of August, 2015.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge