# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARTINEZ AYTCH,

    Plaintiff,

    v.

BRIAN WILLIAMS, SR. et al.,

    Defendants.

2:14-cv-00030-MMD-GWF

**ORDER**

This matter is before the Court on Defendants' Motion for Enlargement of Time (#60), filed on October 5, 2015.

Defendants request an extension of thirty (30) days to file dispositive motions. They represent that discovery in this matter has closed, but that there are still some issues being clarified between the parties. Defendants' counsel also represent that their office has lost multiple attorneys in recent months, which has resulted in counsel being assigned a dozen cases on top of her current workload. Counsel represents that she has been diligently reviewing Plaintiff's claims, but requires more time than the current deadline of October 7, 2015. Defendants have sufficiently established good cause for granting the extension. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Enlargement of Time (#60) is **granted**. Dispositive motions must be filed by **November 6, 2015**.

**DATED** this 6th day of October, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge